**CHRISTENSEN JAMES & MARTIN**
Evan L. James, Esq. (7760)
Daryl E. Martin, Esq. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| The Trustees of the California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust,<br><br>Plaintiffs,<br>vs.<br><br>Derr & Isbell Construction, LLC, a Delaware limited liability company; Arch Insurance Company, a Missouri corporation; SureTec Insurance Company, a Texas surety company; Merrill Iron & Steel, Inc., a Wisconsin Corporation; Nevada State Contractors Board, a Nevada regulatory agency; Liberty Mutual Insurance Company, a Massachusetts corporation; M. A. Mortenson Company, a Minnesota corporation; McCarthy Building Companies, Inc., a Missouri corporation; Federal | Case No.: 2:20-cv-00716-JCM-NJK<br><br>**STIPULATION TO DISMISS CASE** |

| | |
|---|---|
| 1 | Insurance Company, an Illinois corporation; and Mortenson-McCarthy Las Vegas Stadium, a Joint Venture, a general partnership; Hinner, Hinner, Rajek, LLC, a Wisconsin limited liability company; Hinner, LLC, a Wisconsin limited liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

The Plaintiffs, The Trustees of the California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust (collectively "Plaintiffs"), by and through their attorney, Evan L. James, Esq., and Defendants, Derr & Isbell Construction, LLC and Arch Insurance Company (collectively "Derr Defendants"), by and through their attorney, Brian J. Pezzillo, Esq.; Merrill Iron & Steel, Inc., Liberty Mutual Insurance Company, Hinner, Hinner, Rajek, LLC and Hinner, LLC (collectively "Merrill Defendants"), by and through their attorney, Bradley Taylor, Esq.; and M. A. Mortenson Company, McCarthy Building Companies, Inc., Federal Insurance Company and Mortenson-McCarthy Las Vegas Stadium (collectively "MMcJV Defendants"), by and through their attorney, George F. Ogilvie III, Esq. hereby stipulate pursuant to FRCP 41(a)(1)(A)(ii) to dismiss the case as follows:

1. The parties have executed a Settlement Agreement setting forth specific terms and conditions, which are incorporated herein by reference.

2. Plaintiffs' claims are dismissed with prejudice in accordance with the terms of the Settlement Agreement which retains certain rights by the Plaintiffs against Derr & Isbell Construction, LLC that may be enforced in accordance with the terms of the Settlement Agreement and the Employee Retirement Income Security Act.

3. The parties agree that the Court retains jurisdiction over the Settlement Agreement to enforce the terms of the Settlement Agreement.

4. The parties further agree that this Stipulation and the dismissal of claims do not extend to claims asserted beyond this Lawsuit as recognized and limited in the Settlement Agreement.

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN | HOWARD & HOWARD |
| By:/s/ Evan L. James<br>Evan L. James, Esq. (7760)<br>Daryl E. Martin, Esq. (6735)<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 255-1718<br>Fax: (702) 255-0871<br>Email: elj@cjmlv.com;<br>dem@cjmlv.com<br>*Attorneys for Plaintiffs* | By: /s/ Brian J. Pezzillo<br>Brian J. Pezzillo, Esq. (7136)<br>3800 Howard Hughes Pkwy., Ste. 1000<br>Las Vegas, NV 89169<br>bpezzillo@howardandhoward.com<br>*Attorney for Derr & Isbell Construction, LLC and Arch Insurance Company* |
| Gordon Rees Scully Mansukhani | McDonald Carano LLP |
| By: /s/ Bradley Taylor<br>Robert E. Schumacher, Esq. (7504)<br>Bradley Taylor, Esq. (13778)<br>300 South 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>rschumacher@grsm.com<br>btaylor@grsm.com<br>*Attorneys for Merrill Iron & Steel, Inc.; Liberty Mutual Insurance Company and; Hinner, LLC; and Hinner, Hinner, Rajek, LLC* | By: /s/ George F. Ogilvie III<br>George F. Ogilvie III, Esq. (3552)<br>2300 W Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>gogilvie@mcdonaldcarano.com<br>*Attorneys for M. A. Mortenson Company; McCarthy Building Companies, Inc.; Federal Insurance Company; and Mortenson-McCarthy Las Vegas Stadium, a Joint Venture* |

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin and caused a true and correct copy of the foregoing document to be served in the following manner on the date it was filed with the Court's ECF System.

✓    ELECTRONIC SERVICE: Through the Court's E-Filing System to the following:

Brian J. Pezzillo
bpezzillo@howardandhoward.com
*Attorney for Derr & Isbell Construction, LLC and Arch Insurance Company*

Robert E Schumacher
Bradley Taylor
rschumacher@grsm.com
btaylor@gordonrees.com
*Attorneys for Merrill Iron & Steel, Inc.; Liberty Mutual Insurance Company; Hinner, LLC; and Hinner, Hinner, Rajek, LLC*

George F. Ogilvie III (3552)
gogilvie@mcdonaldcarano.com
*Attorneys for M. A. Mortenson Company; McCarthy Building Companies, Inc.; Federal Insurance Company; and Mortenson-McCarthy Las Vegas Stadium, a Joint Venture*

**CHRISTENSEN JAMES & MARTIN**

By: ___*/s/ Carma Johnson*___

**CHRISTENSEN JAMES & MARTIN**
Evan L. James, Esq. (7760)
Daryl E. Martin, Esq. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for California Ironworkers Field Pension Trust,
California Ironworkers Field Welfare Trust, California and
Vicinity Field Ironworkers Annuity Fund, California Field
Ironworkers Vacation Trust Fund, California Field Ironworkers
Apprenticeship Training and Journeyman Retraining Fund,
Ironworkers Workers' Compensation Trust, California Field
Ironworkers Administrative Trust, and California
Field Ironworkers Labor Management Cooperative Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| The Trustees of the California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Trust, California and Vicinity Field Ironworkers Annuity Fund, California Field Ironworkers Vacation Trust Fund, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Ironworkers Workers' Compensation Trust, California Field Ironworkers Administrative Trust, and California Field Ironworkers Labor Management Cooperative Trust,<br><br>Plaintiffs,<br>vs.<br><br>Derr & Isbell Construction, LLC, a Delaware limited liability company; Arch Insurance Company, a Missouri corporation; SureTec Insurance Company, a Texas surety company; Merrill Iron & Steel, Inc., a Wisconsin Corporation; Nevada State Contractors Board, a Nevada regulatory agency; Liberty Mutual Insurance Company, a Massachusetts corporation; M. A. Mortenson Company, a Minnesota corporation; McCarthy Building Companies, Inc., a Missouri corporation; Federal | Case No.: 2:20-cv-00716-JCM-NJK<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE** |

-2-

Insurance Company, an Illinois corporation; and Mortenson-McCarthy Las Vegas Stadium, a Joint Venture, a general partnership; Hinner, Hinner, Rajek, LLC, a Wisconsin limited liability company; Hinner, LLC, a Wisconsin limited liability company,

Defendants.

The parties' stipulation to dismiss the case is granted. It is hereby ordered that

1. Plaintiffs' claims are dismissed with prejudice in accordance with the terms of the Settlement Agreement which retains certain rights by the Plaintiffs against Derr & Isbell Construction, LLC that may be enforced in accordance with the terms of the Settlement Agreement and the Employee Retirement Income Security Act.

2. The Court retains jurisdiction over the Settlement Agreement to enforce the terms of the Settlement Agreement.

3. This Order and dismissal of claims does not extend to claims asserted beyond this Lawsuit as recognized and limited in the Settlement Agreement.

Dated November 12, 2020.

_____
United States District Court Judge

Submitted by:

CHRISTENSEN JAMES & MARTIN

By: */s/ Evan L. James*
Evan L. James, Esq. (7760)
Daryl E. Martin, Esq. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 255-1718
Fax: (702) 255-0871
Email: elj@cjmlv.com;
dem@cjmlv.com